JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

TU JIA YUAN,

Petitioner,

v.

DEPARTMENT OF HOMELAND SECURITY,

Respondent.

Case No. 5:26-cv-05031-AB-DFM

JUDGMENT

Pursuant to the Court's Order Granting Petitioner's Request for Voluntary Dismissal,

IT IS HEREBY ORDERED AND ADJUDGED that this action is dismissed without prejudice.

Date: November 10, 2026

HON. ANDRÉ BIROTTE JR.
United States District Judge